UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERLAN LYNELL DICEY, | No. 2:15-cv-0927 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| C. RAYNER, et al., | |
| Defendants. | |

Plaintiff has filed a motion asking that discovery be reopened.  Good cause appearing, IT IS HEREBY ORDERED that since plaintiff has failed to indicate why he did not seek an extension of the discovery deadline before it expired, his request to reopen discovery is denied. See Fed R. Civ. P. 6(B)(1)(b).

Dated: March 31, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

dice0927.set