UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BERLAN LYNELL DICEY,

    Plaintiff,

v.

C. RAYNER, et al.,

    Defendants.

No. 2:15-cv-0927 TLN CKD P

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Berlan Lynell Dicey, CDCR # P-14277, a necessary and material witness in a settlement conference in this case on June 19, 2017, is confined in the Correctional Training Facility (CTF), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Kendall J. Newman, by video conference from his present place of confinement, to the U. S. District Court, Courtroom #25, 501 I Street, Sacramento, California 95814, on Monday, June 19, 2017 at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, **by video conference**, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, CTF, P.O. Box 686, Soledad, California 93960:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Newman at the time and place above, by **video conference**, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: March 31, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE