UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERLAN LYNELL DICEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C. RAYNER, et al.,<br><br>　　　　Defendants. | No.  2: 15-cv-0927 TLN CKD P<br><br><br><br>ORDER |

    Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On June 19, 2017, a settlement conference was held before the undersigned in the instant action and in <u>Dicey v. Cobb</u>, 2:14-cv-2661 TLN CKD P.  The parties settled both of these cases, and the settlement was placed on the record.

    Counsel for defendants recently informed the court that plaintiff has failed to sign the dispositional documents, including the stipulation for voluntary dismissal.

    Accordingly, IT IS HEREBY ORDERED that within ten days of the date of this order, plaintiff shall show cause for his failure to sign the dispositional documents, including the stipulation for voluntary dismissal, including an explanation of why not if he has not signed the documents.

Dated:  July 26, 2017

dic927.ord

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1